**LAW OFFICES OF YULIYA VANGORODSKA, P.C.**
**1123 Ave. Z, Second Floor**
**Brooklyn, NY 11235**
**(718) 376-4766**

January 16, 2008

Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: U.S.A. vs. Leonid Volov**
**Case #: 1:07-mj-02142-UA-1**

Dear Judge Ellis,

I am the attorney for Leonid Volov. The purpose of this letter is to modify Mr. Volov's conditions of release in reference to his confinement area.

**FACTS:**

Mr. Volov has been confined to the New York area as a condition of his release. Mr. Volov has a sons, grandchildren and other relatives living in the state of New Jersey and would like to extend his confinement area to include the state of New Jersey.

**CONSENT:**

My office has spoken with Assistant U.S. Attorney Arlo Devlin-Brown, in reference to modifying Mr. Volov's release conditions. AUSA Devlin-Brown has no objections to extend Mr.Volov's confinement area to include the state of New Jersey.

**REQUEST:**

For these reasons I respectfully request the confinement area be extended to include the state of New Jersey.

Should your honor have any questions or concerns please do not hesitate to contact my office.

Best Regards,

__________/s______________________

Yuliya Vangorodska, Esq.
Law offices of Yuliya Vangorodska, P.C.
1123 Ave. Z, Second Floor
Brooklyn, NY 11235
(718) 376-6466

c.c. U.S. Attorney Arlo Devlin-Brow

**CERTIFICATE OF SERVICE**

I, Yuliya Vangorodska, do hereby affirm that I served a true and correct copy of the " letter to Judge L. Ellis, Requesting Modification of Release for Leonid Volov" on or about 16 th day of January, 2008 by first class mail to following addresse:

United State Attorney's Office
Assistant United State's Attorney Arlo Devlin-Brown
One Saint Andrews Plaza
New York, NY 10007

Dated this 16th day January, 2008

__________/s________________

Yuliya Vangorodska, Esq.
Law offices of Yuliya Vangorodska, P.C.
1123 Ave. Z, Second Floor
Brooklyn, NY 11235
(718) 376-6466