IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USA, | ) |
| | ) |
| v. | ) Case No. **1:07-mj-02142-UA** |
| | ) |
| VOLOV, LEONID., | ) **NOTICE OF CHANGE OF ADDRESS** |
| | ) |
| Defendant. | ) |

Please be advised, that our law firm address is 1123 Avenue Z, 2nd Floor, Brooklyn NY 11235, instead of 112 Brick Chjurch Road New Hemsptead, NY 10977.

_____/s_____
Yuliya Vangorodska, Esq
Law Offices of
Yuliya Vangorodska, P.C.
1123 Avenue Z, 2nd Floor,
Brooklyn, NY 11235